**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-06967 BKT** |
| **BRENDA IVELISSE MATIENZO LOPEZ** | **Chapter 7** |
| | **Adversary No. 16-00123** |
| **Debtor(s)** | |
| **WILFREDO SEGARRA, CHAPTER 7 TRUSTEE** | |
| **Plaintiff** | |
| **vs.** | |
| **BANCO POPULAR DE PUERTO RICO** | |
| **Defendant(s)** | **FILED & ENTERED ON 08/23/2017** |

**OPINION & ORDER**

For the reasons stated in the Chapter 7 Trustee's *Reply to Opposition to Request for Judgment on the Pleadings* [Dkt. No. 41], whose findings of fact and conclusions of law are hereby adopted in their totality by the court, the Chapter 7 Trustee's *Request for Judgment on the Pleadings* [Dkt. No. 31] is granted. Rule 12(c) of the Federal Rules of Civil Procedure, made applicable to

bankruptcy proceedings by Federal Rule of Bankruptcy Procedure 7012(b), provides that "[a]fter the pleadings are closed — but early enough not to delay trial — a party may move for judgment on the pleadings." Fed. R. Civ. P. 12(c).

As such, the court determines that mortgage deed no. 276 currently held by Defendant Banco Popular de Puerto Rico over Debtor's property [1] is an avoidable transfer pursuant to 11 U.S.C. §§ 544 and 549. In addition, the mortgage lien is preserved in favor of the estate as per 11 U.S.C. § 551. Clerk to enter judgment.

SO ORDERED

San Juan, Puerto Rico, this 23rd day of August, 2017.

Brian K. Tester
U.S. Bankruptcy Judge

---

[1] URBANA: Solar radicado en la Urbanización Miraflores, localizada en el Barrio Espinosa del término municipal de Dorado, Puerto Rico, que se describe en el plano de inscripción con el número, área y colindancias que se relacionan a continuación. Número del solar: Dieciséis (16) del Bloque "B" (B-16). Área del solar: trescientos veintidós metros cuadrados (322.00mc.). En lindes por el Norte, en una distancia de veintitrés metros (23.00m) con el solar número quince (15) del Bloque "B" (B-15); por el Sur, en una distancia de veintitrés metros (23.00m) con el solar número diecisiete (17) del bloque "B"; por el Este, en una distancia de catorce metros (14.00m) con el solar número cuatro (4) del Bloque C (C-4): por el Oeste, en una distancia de catorce (14.00m) con la calle número tres (3). Enclava una casa para fines residenciales, la cual consta de cuatro (4) cuartos dormitorios, dos y medio (2.5) baños, doble marquesina, sala, comedor, cocina y demás dependencias.